Cynthia KULJIS

v.

WINN–DIXIE MONTGOMERY, LLC

2015–CT–00256–SCT

Supreme Court of Mississippi.

Filed: 08/25/2016

Closed: 11/17/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Granted

Tommy MEISNER

v.

STATE of Mississippi

2014–CT–00619–COA

Supreme Court of Mississippi.

Filed: 08/29/2016

Closed: 11/03/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

MISSISSIPPI DEPARTMENT
OF AUDIT

v.

GULF PUBLISHING COMPANY, INC.

Melissa C. Patterson

v.

Gulf Publishing Company, Inc.

2013–CT–02002–SCT
2014–CT–00894–SCT

Supreme Court of Mississippi.

Filed: 09/02/2016

Closed: 11/10/2016

Motion Desc: Petition of Gulf Publishing Company, Inc. for Writ of Certiorari

Certiorari—Granted

Charles Edward WILSON

v.

STATE of Mississippi

2014–CT–01732–COA

Supreme Court of Mississippi.

Filed: 09/06/2016

Closed: 11/03/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied